UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
:
MONIQUE SIERRA,                                               :
:
                                   Plaintiff,       :
:
                    -v-                             :          15-cv-9295 (KBF)
:
COLUMBIA UNIVERSITY, and individually and:                   ORDER
jointly, FRED SSEWAMALA and VILMA ILIC,  :
:
                       Defendants.          :
:
------------------------------------------------------------------ X

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: August 3, 2016 |

KATHERINE B. FORREST, District Judge:

On Wednesday, August 3, 2016, the mediator assigned to this action

informed the Court that the parties have reached a settlement in principle.

Accordingly, this action is discontinued without costs to any party and without

prejudice to restore the action to this Court's calendar if such an application is made

not later than **Friday, September 2, 2016**.

Any application to reopen **must** be filed by the above date; any application to

reopen filed thereafter may be denied solely on that basis.

All other dates and deadlines in this matter are ADJOURNED.

The Clerk of Court is directed to terminate this action.

SO ORDERED.

Dated:      New York, New York
            August 3, 2016

_____
        KATHERINE B. FORREST
        United States District Judge

2